IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–53–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW RYAN KELLY, | |
| Defendant. | |

Before the Court is Defendant Andrew Ryan Kelly's Unopposed Motion to Vacate Sentencing Hearing and Order Defendant Status Reports and/or Reset the Sentencing Hearing.  (Doc. 43.)  Through the Motion, Defendant explains that he has been diagnosed with lymphoma and requires radiation treatment.  (*Id.* at 2.) Defendant will be living with his mother in Georgia to pursue chemotherapy, which is projected to last between 18 weeks and six months.  (*Id.*)  Defendant requests that the Court vacate his sentencing hearing and reset it at a later date. (*Id.*)  The United States does not oppose, (*id.*), and the Court agrees that a continuance is warranted.

Accordingly, IT IS ORDERED that the Motion (Doc. 43) is GRANTED.

IT IS FURTHER ORDERED that the sentencing hearing currently set for June 4, 2024, is VACATED to be RESET at a later date.

1

IT IS FURTHER ORDERED that Defendant shall file monthly status reports by the 15th of every month until Defendant's treatment is completed.

DATED this 16th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court