IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–53–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW RYAN KELLY, | |
| Defendant. | |

Before the Court is Defendant's unopposed motion to continue sentencing. (Doc. 53.) Through the motion, Defendant requests a continuance of the sentencing currently set for February 26, 2025, to allow his counsel an opportunity to recover from a medical procedure. (*Id.* at 2.) The Government does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 53) is GRANTED. The sentencing set for February 26, 2025 is VACATED and RESET for April 9, 2025, at 1:30 p.m. at the Russell Smith Federal Courthouse in Missoula, Montana.

IT IS FURTHER ORDERED that the Parties' sentencing memoranda shall be filed with the Court on or before April 2, 2025. Defendant shall file any character letters on or before April 2, 2025.

DATED this 29th day of January, 2025.

Dana L. Christensen, District Judge
United States District Court